**Motion Denied as Moot and Order filed December 18, 2018**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

_____

NO. 14-18-00464-CV
_____

## IN THE INTEREST OF K.C.L. AND M.W.L., CHILDREN

---

**On Appeal from County Court at Law No. 2**
**Galveston County, Texas**
**Trial Court Cause No. 16-FD-2240**

---

## ORDER

This is an appeal from an order in a suit affecting the parent-child relationship. The order concerns mother/petitioner/appellee R.E.E., father/respondent/appellant C.N.L., their two sons, and the Attorney General of Texas. In its notice of assignment of the appeal to this court, the Galveston County District Clerk identified Carlos Garza, as attorney for Andrew Ross, as an "Interested Party." This court accordingly designated Garza as a person who would receive all notices from the court regarding this appeal. Ross is not designated as a party in this court's records.

On November 29, 2018, Garza filed a "Motion for Dismissal of Andrew Ross as Appellee." The motion states the district court erroneously designated Garza and

Ross as interested parties and neither Garza nor Ross were involved in the underlying case (No. 16-FD-2240). Instead, Ross, represented by Garza, was a party in a related case, No. 16-FD-2242. No appeal is pending from the related case.

Because Ross has not been designated as an appellee in this court, we **DENY AS MOOT** his motion to dismiss. We will no longer send Garza notices regarding this case.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Jewell